UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRAVIS SENTELL DAVIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **UNKNOWN SHERIFF DEPUTIES, ET AL.** | **NO. 21-00145-BAJ-SDJ** |

## ORDER

On March 3, 2021, Plaintiff, a detainee confined at the East Baton Rouge Parish Prison in Baton Rouge, Louisiana, filed a *pro se* Complaint alleging a civil rights violation under 42 U.S.C. § 1983. (Doc. 1). Plaintiff failed to submit his complaint on the proper form, and failed to pay the filing fee or, alternatively, submit a properly completed motion to proceed *in forma pauperis* with statement of account. By correspondence dated March 10, 2021, the Court directed Plaintiff to correct these deficiencies within 21 days or risk dismissal of his suit without further notice. (Doc. 2).

The record reflects that despite notice, Plaintiff has failed to respond to this Court's directives, or correct the deficiencies outlined above. As such, Plaintiff's action shall be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 20th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**